Antonio Freeman #01512080
Name and Prisoner/Booking Number

Robertson Unit
Place of Confinement

12071 F.M. 3522
Mailing Address

Abilene Tx. 79601
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED  ☐ LODGED
2/27/23
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Antonio Freeman #01512080,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Longview Police Department,
(Full Name of Defendant)

(2) Washinton Bureau,

(3) Texas Insurance office,

(4) State Auditors office,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.
Lincoln Heritage Insurant.

CASE NO. CV23-00359-PHX-SMB--MTM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☒ First Amended Complaint
☒ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: 1983 Civil Suite

2. Institution/city where violation occurred: Robertson Unit 12071 F.M. 3522 Abilene Tx.

Revised 12/1/20                                   1

**550/555**

Antonio Freeman #01512080.                    U.S. District Courts.
         Vs.                                   Tucson, Arizona
Lincoln Heritage Life Insurance Company.

To the Honorable Judge of said Court.

: Civil Suite Page 2 :
: B. Defendants :

1. Lincoln Heritage Insurance Company.    2. Federal Bureau Investigat
4343 E. Camel Back Rd. Suite 400          5740 University Heights Blv
Phoenix, AZ 85018                         San Antonio, Tx. 78249

3. Gregg County Courthouse.               4. Robertson Unit Administrai
101 E. Methvin St. Suite 333              Robertson Unit. 12071 F.M. 3522
Longview, Tx. 75602                       Abilene, Tx. 79601

Web-Site: http://beta.co.gregg.tx.us/odyssey AA/jail Search.aspx?
ID=400

                    Respectfully Yours,
                    Mr. Antonio Freeman #01512080.
                    Robertson Unit
                    12071 F.M. 3522
                    Abilene, Tx. 79601
                    2-6-23.
                    7-Build G-Pod 23-B.

## B. DEFENDANTS

1. Name of first Defendant: Longview Police Department. The first Defendant is employed as: 302 W. Cotton St. (Position and Title) at Longview Tx. 75601 (Institution).

2. Name of second Defendant: Washington Bureau. The second Defendant is employed as: as: 1156 15th Street NW Suite 915 (Position and Title) at Washington, DC 2005 (Institution).

3. Name of third Defendant: Texas Insurance office. The third Defendant is employed as: 333 Guadalupe (Position and Title) at Austin Tx. 78701 (Institution).

4. Name of fourth Defendant: State Auditors office. The fourth Defendant is employed as: P.O. Box 12067 (Position and Title) at Austin Tx. 78701 (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? 12. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Antonio Freeman v. Texas Department of Criminal Justice.
      2. Court and case number: Abilene Tx. Courts: 1:16-CV-00033-POL
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         Case Dismissed Without Investigation.

   b. Second prior lawsuit:
      1. Parties: Antonio Freeman v. Texas Department of Criminal Justice.
      2. Court and case number: Abilene Tx. Courts: 1:16-CV-00209-POL.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         Case Dismissed Without Investigation.

   c. Third prior lawsuit:
      1. Parties: Antonio Freeman v. Huntsville Tx. Classification
      2. Court and case number: Abilene Tx. District Courts: 1:18-CV-00168-C.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         Case Dismissed Without Investigation.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 14TH Amendment. Equal Protection of Law And Due Process of Law, & 5TH Amendment.

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SID# 06086607: FBI# 801846TB8. Texas Department of Criminal Justice And Gregg County Through Orinize Crime put a illegal Account In my name without my consent, permission Are me Agreement to it by forgery. To have gang members, officers And warden to extoRTED me. As if I Recuived Compensation for illegal Sentence Burgley of Hab. Case No. 28886-A; OLD TDCJ # 01078672. Discharge Date August 25 2004: 2yrs. Witch I have not Recuived to this day. To Conceal Errors Gregg County, In Longview Tx. Disposed of Whole Jail Record Photo, Fingerprints, Charges. Web-site: beta.co.gregg.tx.us/odyssey PAI Search.aspx.com=400: This web-site show fake date of birth 9-17-84. Ects. With Nurmus Intake Jail Numbers. While Im Being DepRiued of Compensation Im Intitle too. Robertson Unit Administraighton & Mail-Room Are 37.10. Tampering with Government Records to facelifty Records to run A dope Ring While in the Process try to have me Killed. Step 1 Greiuance of is Huntsville Tx. And unit wardens Have Refused to CoRRect Errors Because I'm African American.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Lincoln Heritage Life Insurant Company have illegal Account In my Name. Also Faslepfiyed documents So unit wardens to Steal my Mothers Policy & Will. While letin gang members use Account for drugs

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Everything I do Been Refused.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: 14nd Amendment, Equal Protection of Law And Due Process of Law, + 5th Amendment.

2. **Count II.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SID# 06086607: FBI# 801846T38: While Being Incarserated At Robertson Unit. The Abilene Courts And The Tyler Courts has Refused Every thing I filed. Also while fileing legal work In there courts In stead of Return orinial Copies They have Kept Them To help Texas Department of Criminal Justice And Greggs County Conceal Errors Made. While Doing Such Acts TDCJ has Used Other Inmates FBI# To show As If Its me. To Run Dope Ring And Extor me with the help of white officers, Wardens And Immigrants mainly Because They Have no Social Sercurty numbers To Prove whom They Are, while This Is Going on They TDCJ. Steel Policy from Inmates Are mothers fathers wills, or Put illeagl Accounts. In there names without consent out of State To Conceal from FBI Large Amounts of Money Being Put. In Banks of Texas. When This Is Done Unit Chaplen Use Fake Marriages To Conceal last name With Gang members family or A officer whom work At unit You on To Brang Involved. while Unit G.I. Gang Intelligents falsesify Documents saying You A Gang member As Well As, Have Statements wrote Against You By Informers To Sound As If True.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Judges Keeping Important Paper-Work I need To show Evidenb. Useing Other Inmates FBI numbers And Haveing me wrongfully classifyed By Tampering with Gourment Documents To Extor me And Have me Injyec

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Everything Been Refused To Answer Even Courts.

## COUNT III

1. State the constitutional or other federal civil right that was violated: 14Th Admendment, Equal Protection of Law + Due Process of Law + 5th Admendment.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SSN# 060866607 : FBI#801846TB8: From Medical To Phyic Documents Its Been Fabricated To Mislead officers of whats Really Going on. Documents Saying Im Dead or Dieing. or Housed on A Different unit. when Im Not. Infact I Been on This unit my whole Time. only Other unit Mcconnell unit for 2 years were I was stab. 2012 to 2014 ; : Bank I.D.# 121000248: Wells Fargo Bank.
   12-27-18: Check No. 021042512: 12-27-18: 1st check:
   5150  04-0003540430   OC-Tammy Freeman        10,000$
   5111  04-0003540430   2000% Int 121218-122818   8.77$

   4-29-19: Check No. 02146807: 4-29-19: 2nd check:
   7903  04-0003540430   OC-Tammy Freeman        10,058.81

   By Falseifiying Documents, Saying I was Dead unit Allowed Chaplen, Wardens, And officers To Steal my Mothers Will while Sending Me A Fake Check were illegal Bank Account was.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Stole my Mothers Will And Give It To Gang Members To Buy Dope With And Refuse To Correct Record In Hope of Haveing Me Killed. Also Fabicateing Phyic + Medichi Records Saying I was Killed or Dead

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Everything Been Refused To Answer Even Courts.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking:
JURY TRAIL DEMANDED. TDCJ RECORD CORRECTED AND JAIL RECORD CORRECT COMPENSATION OF 500,000,000 MILLION FOR INJURY AND WRONGFULLY HOUSED AND STAB. ALSO ANY COMPENSATION FOR 1983 I DONE FILED AN DIDN'T GET. REIMBURSE MY MOTHERS WILL AND MONEY STOLEN.

PRESS CHARGES FOR "HATE CRIME" AGAINST OFFICERS AND INMATES. ALSO GET STEMULIS CHECK TEXAS REFUSE TO GIVE ME. 600$ + 1,200$

I declare under penalty of perjury that the foregoing is true and correct.

Executed on FEBRUARY 6, 2023. 2-6-23.
DATE

Antonio Freeman #01512080
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

Clerk office:                                          C.C.
Evo A. Deconcini Courthouse.
405 W. Congress St. Ste 1500
Tucson, Arizona 85701-5010
2-6-23.

    Im sending Motion, Step 1 Grievance, Also Photo to be filed with 1983 Civil Suite. Orinigal copies sont back for myself...: Freeman vs. Lincoln Heritage Life Insurant Company: 4343 East Camelback Rd. Suite 400 Phoenix, AZ 85018.

    Respectfully Yours,
    Mr. Antonio Freeman #01512080.
    Robertson Unit
    12071 F.M. 3522
    Abilene, Tx 79601
    2-6-23.

Vaccination: Johnson + Johnson. 8-25-21.
Lot # 201A21A:
Date of Birth: 8-17-84.
Social Sercurity # 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.


Corruspondeanc 1983 has 6 money slip inside.